UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R. RICHARD BRUNO,

    Plaintiff,

vs.                                        Case No. 8:05-CV-556-T-24-MAP

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Amended Affidavit of Indigency, which this Court construes as a motion to proceed *in forma pauperis*. (Doc. No. 5). However, the Court previously determined that Plaintiff's complaint was frivolous and dismissed this case without prejudice. (Doc. No. 4). Since this case has been dismissed, the Clerk is directed to **STRIKE** Plaintiff's Amended Affidavit of Indigency (Doc. No. 5).

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of April, 2005.

                                                             SUSAN C. BUCKLEW
                                                             United States District Judge

Copies to: Pro Se Plaintiff